IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF COMPUTER SERVERS AND RECORDS OF GOOGLE INCORPORATED FOR INFORMATION ASSOCIATED WITH E-MAIL ACCOUNTS: industriagroup@gmail.com; buzinessintl@gmail.com; Asad.business@gmail.com; businessintl@gmail.com ; Buzinessworld@gmail.com; wali.producteng@gmail.com; buzinessworldhk@gmail.com; proc.businessworld@gmail.com; transcoolairhk@gmail.com; transcoolautoair@gmail.com; businessinternational@gmail.com; magihu538@gmail.com and prodengine@gmail.com** | Case No. 18-mj-168-AJ<br><br>**Filed Under Seal – Level II** |

## MOTION TO EXTEND SEAL, LEVEL II

The United States of America respectfully moves this Court to extend the seal for this entire matter including this search warrant application, supporting affidavit, search warrant, this motion, any ruling on this motion, and all related paperwork and corresponding docket entries in the above captioned case until January 29, 2020, except that the government may later disclose these materials to comply with its discovery obligations under the local rules. In support of this motion, the government states that the public disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation in this case.

Respectfully submitted,

SCOTT W. MURRAY
United States Attorney

July 29, 2019

By: /s/ John S. Davis
John S. Davis
Assistant U.S. Attorney

Motion:   ____ Granted        ____ Denied

_____
Andrea K. Johnstone
United States Magistrate Judge